**United States Bankruptcy Court**
**Western District of North Carolina**

**IN RE:**  Case No. **09-50790**

**Hendricks Furniture Group, LLC**  Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Alex Hendricks**<br>**154 Whitby Lane**<br>**Mooresville, NC  28117** | **10** | **Common Stockholder** |
| **Chad Hendricks**<br>**738 8th St. Dr. NW**<br>**Hickory, NC  28601** | **10** | **Common Stockholder** |
| **Larry G. Hendricks**<br>**1094 14th Ave. Dr. N.W.**<br>**Hickory, NC  28601** | **70** | **Common Stockholder** |
| **Sally H. Ferebee**<br>**39 Conestee Ave**<br>**Greenville, SC  29605** | **10** | **Common Stockholder** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of North Carolina**

IN RE:     Case No. **09-50790**

**Hendricks Furniture Group, LLC**     Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 21,920,000.00 | | |
| B - Personal Property | Yes | 10 | $ 31,731,730.53 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 29,858,703.70 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 575 | | $ 8,233,532.97 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 73 | | $ 8,944,492.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| | TOTAL | 668 | $ 53,651,730.53 | $ 47,036,729.31 | |

**Attachment to Schedules of Assets and Liabilities and Statements of Financial Affairs for Hendricks Furniture Group, LLC, Case no. 09-50790; Norris Furniture and Interiors, Inc., Case no. 09-50791; and Classic Moving & Storage, Inc., Case no. 09-50792.**

Hendricks Furniture Group, LLC ("HFG"), Classic Moving & Storage, Inc. ("Classic"), and Norris Furniture and Interiors, Inc. ("Norris"), debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), filed their respective voluntary petitions for relief under chapter 11 of the Bankruptcy Code on June 10, 2009. The Debtors are now filing their respective Schedules of Assets and Liabilities (as may be amended, the "Schedules") and Statements of Financial Affairs (as may be amended, the "Statements" and, collectively with the Schedules, the "Schedules and Statements"). Unless otherwise indicated on the Schedules and Statements or in these notes ("Schedule and Statement Notes"), the information provided is as of June 1, 2009. The Schedule and Statement Notes are incorporated by reference in, and comprise an integral part of, the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements.

The financial affairs and businesses of the Debtors are complex in that they involve a large number of customers, vendors and other creditors. While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete, based upon unaudited information that was available to them at the time of preparation, inadvertent errors and/or omissions may exist and/or the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to the financial data and other information contained therein. Accordingly, the Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate.

The Debtors reserve all rights to amend the Schedules and/or the Statements in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules as to amount, liability, or classification or otherwise subsequently to designate any claim as "disputed," "contingent," or "unliquidated." A failure to designate any claim as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. Nothing contained in the Schedules and Statements shall constitute a waiver of the Debtors' rights with respect to the chapter 11 cases and, specifically, with respect to any issues involving causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

Except as otherwise set forth in these Statement and Schedule Notes, the Schedules or the Statements of any Debtor, intercompany payable and receivable balances (the "Intercompany Claims") have been set forth in the Schedules and Statements to the best of the Debtors' knowledge, information, and belief and in accordance with the Debtors' unaudited accounting records. Intercompany Claims reflected in the Schedules and Statements may have been partially set-off or netted against other Intercompany Claims.

Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated at this time. In such cases, the amounts are listed as "Unknown," "Undetermined," or as zero balances.

{00166871 v 1}

Accordingly, the Schedules may not reflect the ultimate aggregate amount of the Debtors' assets and liabilities.

It would be prohibitively expensive, unduly burdensome, and time-consuming to obtain current market valuations of the Debtors' property interests. Accordingly, to the extent any asset value is listed herein, unless otherwise indicated, net book values, rather than current market values, of the Debtors' interests in property are reflected on the applicable Schedules or Statements. As applicable, certain assets that have been fully depreciated or were expensed for accounting purposes have no net book value and may not be reflected on the Schedules. In addition, the book value stated of certain assets does not reflect any impairment analysis that may be required by GAAP.

The Debtors have not set forth all causes of action against all third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action they may have and neither these Schedule and Statement Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

The Debtors have sought to allocate liabilities between pre-petition and post-petition periods based on information from research that was conducted in connection with the preparation of the Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

The liabilities set forth in the Schedules, particularly Schedule E, do not reflect that certain pre-petition indebtedness may have been paid or will be paid pursuant to an order of the Bankruptcy Court including, without limitation, employee payroll and benefit obligations or that credit has been authorized for pre-petition customer deposits for completed deliveries pursuant to another order of the Bankruptcy Court.

Accounts Receivable are presented without offsetting for any mutual counterparty accounts payable, open or terminated contract liabilities, liquidated damages, setoff rights or collateral held by the Debtors. Likewise, Accounts Payable are shown without consideration of offsetting accounts receivable, open or terminated contracts, liquidated damages, setoff rights, or collateral that has been posted on behalf of the counterparty. If these accounts were shown net of potential setoffs, the dollar amounts could change.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, inchoate statutory lien rights or parties who may have consignment arrangements with the Debtors. Such counterparties have been listed on Schedule F.

While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and

agreements which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as barter agreements, easements, rights of way, subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure or substance of any transaction, or any document or instrument (including without limitation, any intercompany agreement). In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. However, the Debtors reserve the right to assert that such agreements constitute executory contracts.

Listing a contract or agreement on Schedule G does not constitute an admission nor is it intended to be an admissible that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Debtors' rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

Listing a possible co-obligor on Schedule H does not constitute an admission nor is it intended to be an admission that such party is liable on the debt and all parties listed preserve their respective rights. The Debtors and any party listed in Schedule H reserve all rights to challenge whether any party listed has any liability as a co-obligor. Any and all of the Debtors' and any co-obligor's rights, claims, and causes of action and all listed parties rights, claims and causes of action with respect to the matters listed on Schedule H are hereby reserved and preserved.

B6A (Official Form 6A) (12/07)

IN RE **Hendricks Furniture Group, LLC**
_____
Debtor(s)

Case No. **09-50790**
_____
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Boyles Retail Store**<br>**4201 Furniture Ave**<br>**High Point, NC 27282** | Simple Fee Interest | | 10,300,000.00 | 5,852,102.83 |
| **Boyles Retail Store**<br>**616 Greensboro Rd.**<br>**High Point, NC 27260** | Simple Fee Interest | | 1,300,000.00 | 11,879,000.00 |
| **Commercial Land**<br>**Furniture Ave.**<br>**High Point, NC 27282** | Simple Fee Interest | | 1,770,000.00 | 11,879,000.00 |
| **Commercial Land, Office, and Warehouse**<br>**1123 4th Street NW**<br>**Conover, NC 28613** | Simple Fee Interest | | 8,550,000.00 | 6,202,600.87 |
| | | TOTAL | 21,920,000.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Hendricks Furniture Group, LLC** _____ Case No. **09-50790**
                                               Debtor(s)                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **SEE EXHIBIT 1** | | **2,200.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **SEE EXHIBIT 2** | | **82,186.34** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **SEE EXHIBIT 3** | | **242,628.87** |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Insurance Policies - See attached sheet** | | **556,785.57** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Hendricks Furniture Group, LLC** _____ Case No. **09-50790**
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **SEE EXHIBIT 16. The accounts receivable include $1,961,683.00 owed by Classic Moving & Storage and $8,213,402.00 owed by Norris Furniture and Interiors.** | | **10,578,069.25** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtor may have counterclaims and rights of setoff and recoupment but as yet undetermined.** | | **unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **SEE EXHIBIT 29** | | **0.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **SEE EXHIBIT 29** | | **0.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **SEE EXHIBIT 29** | | **2,717,771.50** |
| 30. Inventory. | | **SEE EXHIBIT 30**<br>**Norris closed all Florida locations in April, 2009. Any remaining inventory was transferred to Hendricks Furniture Group.** | | **17,552,089.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

Case 09-50790    Doc 62    Filed 06/18/09    Entered 06/18/09 13:16:09    Desc Main
Document    Page 9 of 18

IN RE **Hendricks Furniture Group, LLC**
_____
Debtor(s)

Case No. **09-50790**
_____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 31,731,730.53 |

_____ **7** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

## SCHEDULE B - PERSONAL PROPERTY

**Item 2 Exhibit**

| Account Name | Bank Name | Account # | Description | | Balance 5/31/2009 |
|---|---|---|---|---|---|
| Hendricks Furniture Group LLC | BB&T | XXXXXX7568 | HFG Operating Account | Account sweeps in/out of line of credit | $ 57,616.05 |
| Hendricks Furniture Group LLC | BB&T | XXXXXX8263 | Dental Insurance Acct | Dental Claim Reimbursements | $ 7,627.94 |
| Ryan Sobiech Scholarship Fund Inc | BB&T | XXXXXX5672 | Operating Acct for Scholarship Fund | Scholarship Fund Account | $ 521.92 |
| Naja Oriental Rugs LLC | BB&T | XXXXXX5664 | Naja Operating Acct | | $ 16,420.43 |
| | | | | | $ 82,186.34 |

**SCHEDULE B - PERSONAL PROPERTY**

**Item 16 Exhibit**

**Accounts Receivable Detail**
**As of Filing**

| Receivable From | | $ Amount |
|---|---|---|
| HFG Customer Accounts Receivable | $ | 286,850.20 |
| Naja Customer Accounts Receivable | | 30,558.39 |
| Hendricks Family Accounts Receivable | | 85,573.97 |
| Accounts Receivable from Classic Moving & Storage | | 1,961,683.82 |
| Accounts Receivable from Norris Furniture & Interiors | | 8,213,402.87 |
| | $ | 10,578,069.25 |

Item 9 Exhibit

| | Policy # | CSV@ 12/31/2008 | Death Benefit Basic | Current |
|---|---|---|---|---|
| Prudential | 75181016 | 471,204.79 | 500,000.00 | 784,398.65 |
| Mass Mutual | 5352101 | 30,818.50 | 50,000.00 | 50,000.00 |
| Mass Mutual | 5364477 | - | 50,000.00 | 50,000.00 |
| Midland (Reassure America) | 432929 | 8,766.38 | 14,883.00 | 14,883.00 |
| Midland (Reassure America) | 432931 | 45,995.90 | 36,881.00 | 36,881.00 |
| | | 556,785.57 | 651,764.00 | 936,162.65 |

# SCHEDULE B - PERSONAL PROPERTY

Item 3 Exhibit

| Type | Name | Amount |
|---|---|---|
| Security Deposit - Insurance | Blue Cross Blue Shield PO Box 2291, Durham, NC 27702-2291 | $ 61,000.00 |
| Landlord Deposit | Kane Realty Corp- PO Box 19107 Raleigh, NC 27619 | $ 11,609.00 |
| Landlord Deposit | Trent Suggs- 325 Kalmia Lane Boone, NC 28607 | $ 2,500.00 |
| Sales Tax Deposit - Georgia | Georgia Dept of Revenue, Processing Center, PO Box 105613, Atlanta, GA 30348-5613 | $ 39,740.99 |
| Sales Tax Deposit - Florida | Florida Dept. of Revenue, 5050 W Tennessee St. Tallahassee, FL 32399-0120 | $ 6,498.83 |
| Sales Tax Deposit - North Carolina | North Carolina Dept of Revenue, PO Box 25000, Raleigh, NC 27640-0159 | $ 101,749.05 |
| Software Deposit | Peak 10, 8910 Lenox Pointe Drive Suite A, Charlotte, NC 28273 | $ 800.00 |
| Utility Deposit | Progress Energy Carolinas, 240 858 1144, PO Box 1551, Raleigh 27698-001 | $ 820.00 |
| Utility Deposit | Progress Energy Carolinas, 045 357 0335 | $ 6,084.00 |
| Utility Deposit | Progress Energy Carolinas, 229412 1104 | $ 5,246.00 |
| Utility Deposit | Progress Energy Carolinas, 237 786 2996 | $ 1,021.00 |
| Utility Deposit | Greenville Water System, 290-1272-0, PO Box 687 Greenville, SC 29602 | $ 35.00 |
| Utility Deposit | Coweta Fayetteville Electric, 331 1005301, SEDC PO Box 530812, Atlanta, GA 3033-0812 | $ 2,025.00 |
| Utility Deposit | Florida Power & Light, 83497-50409, General Mail Facility, Miami, FL 33188-0001 | $ 1,240.00 |
| Utility Deposit | Florida Power & Light, 80378-91341 | $ 2,260.00 |
| | | $ 242,628.87 |

# SCHEDULE B - PERSONAL PROPERTY

**Item 1 Exhibit**

| Location | Amount |
|---|---|
| 01 | 500.00 |
| 10 | 500.00 |
| 12 | 250.00 |
| 13 | 200.00 |
| 15 | 250.00 |
| 20 | 250.00 |
| 28 | 250.00 |
| | 2,200.00 |

**SCHEDULE B - PERSONAL PROPERTY**

**Item 30 Exhibit**

| Location | Name | City | Book Value |
|---|---|---|---:|
| MH | Model Homes | | $ 31,414.00 |
| OTHER | Outside Retailers | | $ 91,048.00 |
| W1 | Main Warehouse | Conover | $ 7,069,692.00 |
| W4 | Accessory Warehouse | Hickory | $ 135,677.00 |
| 10 | Boyles | Hickory | $ 3,506,316.00 |
| 12 | Boyles | Pineville | $ 1,173,205.00 |
| 13 | Internet Dept | Hickory | $ 1,419.00 |
| 15 | Boyles | High Point | $ 3,467,528.00 |
| 20 | Boyles | Mocksville | $ 1,544,148.00 |
| 28 | Boyles | Greenville | $ 524,732.00 |
| 74 | Baker Odds N Ends | Hickory | $ 6,910.00 |
| **Total HFG** | | | $ 17,552,089.00 |

NOTE:   Norris closed all Florida locations in April, 2009.  Any remaining inventory was transferred to Hendricks Furniture Group and included in the figures above.

**SCHEDULE B - PERSONAL PROPERTY**
**ITEM 29 EXHIBIT**

| Description | Book Cost | Book Depreciation | Net Book Value |
|---|---:|---:|---:|
| Computers | 852,067.72 | 784,053.21 | 68,014.51 |
| Leasehold Improvements | 2,556,384.13 | 814,098.99 | 1,742,285.14 |
| Loan Costs | 3,487.50 | 2,092.50 | 1,395.00 |
| Office Furniture & Fixtures | 179,507.88 | 67,038.38 | 112,469.50 |
| Office Furniture/Fixtures/Equipment | 722,524.23 | 617,301.66 | 105,222.57 |
| Office Furniture and Equipment | 28,769.21 | 27,486.01 | 1,283.20 |
| Other Equipment | 829,324.44 | 611,378.79 | 217,945.65 |
| Signage | 651,094.27 | 326,165.01 | 324,929.26 |
| Software | 408,693.20 | 400,456.60 | 8,236.60 |
| Store Furniture & Fixtures | 580,914.93 | 532,398.13 | 48,516.80 |
| Telephone Equipment | 948,712.76 | 874,289.49 | 74,423.27 |
| Vehicles | 14,500.00 | 1,450.00 | 13,050.00 |
|  | 7,775,980.27 | 5,058,208.77 | 2,717,771.50 |

IN RE **Hendricks Furniture Group, LLC**                                     Case No. **09-50790**
                    Debtor(s)                                                         (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BRANCH BANKING & TRUST COMPANY**<br>**200 WEST 2ND STREET**<br>**WINSTON-SALEM, NC 27101** | X | | **September 30, 2008**<br><br>VALUE $ **3,000,000.00** | | | | **3,000,000.00** | |
| ACCOUNT NO.<br>**BRANCH BANKING & TRUST COMPANY**<br>**200 WEST 2ND STREET**<br>**WINSTON-SALEM, NC 27101** | | | **May 30, 2007 Deed of Trust on property located at 1123 4th Street, Conover, NC 28613**<br><br>VALUE $ **8,550,000.00** | | | | **6,202,600.87** | |
| ACCOUNT NO.<br>**BRANCH BANKING & TRUST COMPANY**<br>**200 WEST 2ND STREET**<br>**WINSTON-SALEM, NC 27101** | | | **Original date was 5/30/96 secured by inventory, furniture fixtures and equipment, goods, general intangibles**<br><br>VALUE $ **20,269,860.50** | | | | **11,879,000.00** | |
| ACCOUNT NO.<br>**BRANCH BANKING & TRUST COMPANY**<br>**200 WEST 2ND STREET**<br>**WINSTON-SALEM, NC 27101** | | | **Date:**<br>**Letter of Credit to The Traverlers Indemnity Company**<br><br>VALUE $ **2,875,000.00** | X | X | | **2,875,000.00** | |
| _____**1**_____ continuation sheets attached | | | Subtotal (Total of this page) | | | | $ **23,956,600.87** | $ |
| | | | Total (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Hendricks Furniture Group, LLC** _____,   Case No. **09-50790** _____
           Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BRANCH BANKING & TRUST COMPANY**<br>**200 WEST 2ND STREET**<br>**WINSTON-SALEM, NC  27101** | | | **Date:**<br>**Letter of Credit to Washington International Insurance Company**<br><br>VALUE $ **50,000.00** | X | X | | **50,000.00** | |
| ACCOUNT NO.<br>**Furniture Brands, Int'l, Inc.**<br>**1 North Brentwood Blvd.**<br>**St. Louis, MO  63105** | X | | **Furniture Brands may assert a secured claim for certain items of inventory purchased from companies owned by it.  The claims of such suppliers related to Furniture Brands are listed in Schedule F.**<br>VALUE $ | | | X | **0.00** | |
| ACCOUNT NO.<br>**GE COMMERCIAL FINANCE BUS. PROP**<br>**PO BOX c-97550**<br>**BELLEVUE, WA  98009-7550** | | | **Date**<br>**Deed of Trust on building and land located at 4201 Furniture Avenue, High Point, NC**<br>VALUE $ **10,300,000.00** | | | | **5,852,102.83** | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |

Sheet no. __**1**__ of __**1**__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **5,902,102.83** $

Total (Use only on last page) $ **29,858,703.70** $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only